UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00540-FDW-DSC

| | |
|---|---|
| SGL CARBON, LLC, SGL CARBON GMBH, SGL CARBON SDN BHD, & SGL CARBON ASIA-PACIFIC SDN BHD, <br><br>    Plaintiffs, <br><br>vs. <br><br>JAMES D'WAYNE COOK & INNOVATIVE CARBON SOLUTION, <br><br>    Defendants. | ORDER |

**THIS MATTER** is before the Court sua sponte. On January 3, 2014, the parties filed a Notice of Settlement in this case stating they expected to finalize the settlement within 30 days. (Doc. No. 15). At that time, the parties were given notice that an agreement for entry of judgment or a stipulation of dismissal was required to be filed with the Court within 30 days, or the Court would dismiss the case without prejudice. Over 30 days have passed since that time, and the parties have not filed an agreement for entry of judgment or a stipulation of dismissal as the Court required. Accordingly, if the parties do not file an agreement for entry of judgment or a stipulation of dismissal within 7 days, the case will be dismissed.

IT IS SO ORDERED.

Signed: March 24, 2014

Frank D. Whitney
Chief United States District Judge